**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: JULIAN O. and LATRELL B. GARNETT<br>Debtor.<br><br>JULIAN O. and LATRELL B. GARNETT,<br>Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC. as agent for PYOD, LLC,<br>Defendant. | Chapter 13<br><br>Case No. 17-17167MDC<br><br>Adv. No. _____ |

**COMPLAINT TO DETERMINE SECURED STATUS**

1. Debtors own their residence 213 W. Abbotsford Avenue, Philadelphia, PA with a value of $78,295.00. **Exhibit A**.

2. Debtors have a mortgage with Wells Fargo with a balance of approximately $140,000.

3. The 2nd mortgage to Real Time Resolutions, Inc. as agent for PYOD, LLC is wholly unsecured pursuant to 11 U.S.C. 506 and In Re: McDonald.

**WHEREFORE,** Debtors pray that this Honorable Court enter an order finding the 2nd mortgage wholly unsecured.

Dated: October 23, 2017

                                                     CIBIK & CATALDO, P.C.
                                                   Counsel for Debtor/Plaintiff

                                                   By: /s/ Michael A. Cataldo, Esq.
                                                   1500 Walnut Street, Suite 900
                                                   Philadelphia, PA 19102
                                                   (215) 735-1060
                                                   ccpc@ccpclaw.com